THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* HENRY C. ELFAST et al., Individually and as Copartners under the Name of ELFAST, FRISK & COMPANY, et al., Defendants.

MILDRED K. STILLWAGGON, Appellant; ARTHUR C. FRISK et al., Respondents.

Argued March 2, 1944; decided May 25, 1944.

*John T. Trimble* for appellant.

*Henry Epstein* and *Nathaniel Whitehorn* for Arthur C. Frisk, respondent.

*David W. Kahn* for Lou Lamb, respondent.

Orders modified so as to provide (1) for the allowance of the claim of Mildred K. Stillwaggon in the sum of $282.23 as to which amount she was able to trace moneys obtained from her by Henry C. Elfast into the Stock Exchange seat purchased by him; (2) by providing that the claim of Arthur C. Frisk, as liquidator of Elfast, Frisk & Co., be allowed; and (3) by providing that the claim of Arthur C. Frisk, individually, be disallowed, with costs in all courts to appellant Stillwaggon. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.